# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

144132

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DOUGLAS HOPKINS,
        Plaintiff-Appellant,

v

                                   SC: 144132
                                   COA: 300170

TOWNSHIP OF DUNCAN,
        Defendant-Appellee.
                                   Houghton CC: 2010-014471-CZ

_____/

      On order of the Court, the application for leave to appeal the October 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012                                  _____

p0416                                              Clerk